The judgment is reversed and the cause remanded.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the court.

### CRAVEN v. STATE. (No. 12580.)

Court of Criminal Appeals of Texas. April 10, 1929.

E. J. Conn and John S. Redditt, both of Lufkin, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

HAWKINS, J. Conviction is for theft of a hog; punishment being 2 years in the penitentiary.

The term of court at which appellant was tried adjourned on the 22d day of December. The motion for a new trial was overruled and notice of appeal given on the 8th day of December, at which time the court entered an order granting appellant 90 days from "adjournment" of court to file his statement of facts. Under the provision of subdivision 5, art. 760, C. C. P., the time for filing statement of facts cannot be extended beyond 90 days from the time "notice of appeal" is given. The state's attorney calls our attention to the fact that the statement of facts in the present case was not filed in the lower court until the 25th day of March, which was 107 days after notice of appeal and 94 days after the adjournment of court. The statement of facts cannot be considered.

No bills of exception are brought forward.
The judgment is affirmed.

### CRAVEN v. STATE. (No. 12581.)

Court of Criminal Appeals of Texas. April 10, 1929.

Jno. S. Redditt and E. J. Conn, both of Lufkin, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

CHRISTIAN, J. The offense is theft of cattle; the punishment confinement in the penitentiary for 3 years.

No bills of exception are brought forward. The motion for new trial was overruled on

December 8, 1928, and notice of appeal given on the same date. The statement of facts was filed March 25, 1929, which was more than 90 days from the date that notice of appeal was given. Under the provisions of article 760, C. C. P., we are not authorized to consider the statement of facts. Crowder et al. v. State (Tex. Cr. App.) 9 S.W.(2d) 1042.

No question being presented for review, the judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the court.